**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: )
) Civil Action Nos.
Ken Wachowski ) 24 CV 13104

**EXECUTIVE COMMITTEE ORDER**

On November 22, 2024, Ken Wachowski entered the Dirksen U.S. Courthouse. While present, he conducted himself in a disorderly manner. This behavior caused concern for the safety of individuals. Representatives of the United States Marshals Service were called to provide assistance. Subsequently, Mr. Wachowski was detained and issued a U.S. District Court Violation Notices for violation of 41 Code of Federal Regulations 102-74-390, which involves Disorderly Conduct.

On December 9, 2024, Mr. Wachowski came to the courthouse for his Court Violation Notice hearing and was escorted by a CSO to Courtroom #1025. During the hearing, Mr. Wachowski grew impatient, demanded to speak with the government, and became irritated when told to wait his turn.

The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Wachowski's conduct if he is not escorted over the next six months while he is present in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois.

IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, over the next six months, Mr. Wachowski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and

IT IS FURTHER ORDERED THAT over the next six months, a representative of the U.S. Marshals Service shall accompany Mr. Wachowski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and

IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In re: Ken Wachowski" and case number 24 CV 13104 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures.

IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Wachowski the next time he enters one of the courthouses of the Northern District of Illinois.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 23rd day of December 2024.